# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2018

*The Court of Appeals hereby passes the following order:*

### A18A1210. MICHAEL L. RAYAM v. SEXUAL OFFENDER REGISTRATION REVIEW BOARD.

Several years after the Sexual Offender Registration Review Board (the "Board") classified Michael Rayam as a "sexually dangerous predator," Rayam filed a petition in the superior court seeking judicial review of the Board's decision. The superior court granted the Board's motion for summary judgment on the ground that Rayam's claim was time-barred, and Rayam filed this direct appeal. We lack jurisdiction.

An appeal from a decision of a superior court reviewing a decision of the Board must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (5.1), (b); see *Gregory v. Sexual Offender Registration Review Bd.*, 298 Ga. 675, 676, n. 2 (784 SE2d 392) (2016). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Rayam's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/06/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*